AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| U.S. Securities and Exchange Commission ) <br> ) <br> *Plaintiff* ) <br> v. ) Civil Action No. 4:11-CV-2830 <br> Brian A. Bjork, et al ) <br> ) <br> *Defendants* and Relief Defendants ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Brian A. Bjork
    214 E. Edgewood Dr.
    Friendswood, TX 77546
    (or wherever located)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Timothy S. McCole
    U.S. Securities and Exchange Commission
    801 Cherry Street, Unit 18, Suite 1900
    Fort Worth, TX 76102
    Phone: 817-978-6453
    Fax: 817-978-4927

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY
CLERK OF COURT

Date: AUG 01 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Brian A. Bjork__
was received by me on *(date)* __August 2, 2011__.

☒ I personally served the summons on the individual at *(place)* __4615 Sundown Court Missouri City, Texas 77459__ on *(date)* __August 3, 2011__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __August 3, 2011__

*Server's signature*  SCH #375

__Greg Cox__   Owner/Process Server
*Printed name and title*

__405 Main Ste. 550 Houston, Texas 77002__
*Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § Plaintiff, § § v. § § BRIAN A. BJORK; § ESTATE OF JOEL DAVID SALINAS; § J. DAVID GROUP OF COMPANIES, INC. § J. DAVID FINANCIAL GROUP, L.P.; § SELECT ASSET MANAGEMENT, LLC; § SELECT CAPITAL MANAGEMENT, LLC § SELECT ASSET FUND I, LLC; and § SELECT ASSET PRIME INDEX FUND, LLC, § § Defendants. § § | Civil Action No.: 4:11-cv-2830 ECF |

## PROOF OF SERVICE AS TO BRIAN A. BJORK

I, **Greg Cox**, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. §1746, that I am at least 18 years of age, that I am not a party to this action and that I made service on **Brian A. Bjork** by delivering the following to him personally, at

_____

on August **3**, 2011:

1. Summons;

2. Complaint and civil cover sheet (doc 1);

3. Motion for Ex Parte Temporary Restraining Order, Asset Freeze, Appointment of Receiver and Other Emergency Relief (doc 2);

4. Brief In Support of Motion for Ex Parte Temporary Restraining Order, Asset Freeze, Appointment of Receiver and Other Emergency Relief (doc 3);

5. Order of Conference (doc 4 – See doc 12a hearing reset for August 10, 2011 at 2:30pm SDTX – Judge Ellison's Court);

6. Appendix Part 1 (doc 5; APP1-271; Galloway Declaration)

7. Appendix Part 1 (doc 6; APP271A-512; Hahn Declaration)

8. Appendix Part 3 (doc 7; APP513-827; Simigian Declaration)

9. Certificate of Interested Parties (doc 8)

10. Rule 65(b) Certification (doc 9);

11. Order Appointing Receiver (doc 10)

12. Temporary Restraining Order Freezing Assets, Requiring an Accounting, Requiring Preservation, Authorizing Expedited Discovery and Granting Other Equitable Relief (doc 12);

13. Email Issued by the Court August 1, 2011; Reset Hearings Preliminary Injunction Hearing set for August 10, 2011 at 2:30PM in Courtroom 3A before Judge Ellison (doc 11A and 12A);

14. Judge Ellison's Procedures; and

15. Deposition Notice for Bjork.


Executed at 4615 Sundown Court, this 3 day of August, 2011.
Missouri City, TX 77459

_____Greg Cox_____
Process Servicer (print name)

_____[signature]_____  SCH #375
Process Servicer Signature