IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § § § § § § § § § § § § § § | |
| PLAINTIFF, | | |
| vs. | | CIVIL ACTION NO. 4:11 CV - 02830 |
| BRIAN A. BJORK, THE ESTATE OF JOEL DAVID SALINAS, J. DAVID GROUP OF COMPANIES, INC., J. DAVID FINANCIAL GROUP LP, SELECT ASSET MANAGEMENT LLC, SELECT ASSET CAPITAL MANAGEMENT LLC, SELECT ASSET FUND I, LLC, AND SELECT ASSET PRIME INDEX FUND, LLC. | | |
| DEFENDANTS. | | |

**ORDER GRANTING RECEIVER'S UNOPPOSED
MOTION TO APPROVE ASSUMPTION AGREEMENT
AND RELEASE AND TO TRANSFER PROPERTY**

On December 1, 2011, the Court considered Receiver's Unopposed Motion to Approve Assumption Agreement and Release and to Transfer Property. The Motion is GRANTED and as stated in the Motion, the relief requested and granted by this Order is without prejudice to the rights of any party in the Property, including but not limited to Chesterfield Partners LLC.

Signed December 1, 2011.

_____
JUDGE PRESIDING