# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § § | |
| BRIAN A. BJORK, ESTATE OF JOEL DAVID SALINAS, J. DAVID GROUP OF COMPANIES, INC., J. DAVID FINANCIAL GROUP, L.P., SELECT ASSET MANAGEMENT, LLC, SELECT CAPITAL MANAGEMENT, LLC, SELECT ASSET FUND I, LLC, AND SELECT ASSET PRIME INDEX FUND, LLC , | § § § § § § § § § § § | CIVIL ACTION NO. 4:11-cv-2830 |
| *Defendants.* | § § | |

**ORDER GRANTING ELEVENTH INTERIM APPLICATION TO ALLOW AND PAY (1) RECEIVER'S FEES AND EXPENSES, (2) ATTORNEY'S FEES AND EXPENSES, AND (3) OTHER PROFESSIONAL FEES AND EXPENSES, AND BRIEF IN SUPPORT**

This matter is before the Court on the Receiver's Unopposed Eleventh Interim Application to Allow and Pay (1) Receiver's Fees and Expenses; (2) Attorney's Fees and Expenses; and (3) Other Professional Fees and Expenses (the "Motion"). The Plaintiff and Defendants agree to the relief requested. The Court is of the opinion that the Receiver's Motion is well-taken and it is GRANTED.

IT IS HEREBY ORDERED that the Receiver's Eleventh Interim Application to Allow and Pay Fees and Expenses is GRANTED.

Signed this _____ day of _____, 2015.

_____
HONORABLE KEITH P. ELLISON

RECEIVER'S UNOPPOSED ELEVENTH INTERIM APPLICATION TO ALLOW AND PAY (1) RECEIVER'S FEES AND EXPENSES, (2) ATTORNEY'S FEES AND EXPENSES, AND (3) OTHER PROFESSIONAL FEES AND EXPENSES, AND BRIEF IN SUPPORT - PAGE 13 of 13

MHDocs 6531018_1 4856.15