# EXHIBIT B

| | |
|---|---|
| **From:** | Karim, Sameer |
| **To:** | McCole, Timothy S. |
| **Cc:** | Harr, Steve; Fraser, B. David |
| **Subject:** | RE: SEC v. Bjork et al. Amended Complaint |
| **Date:** | Friday, November 17, 2017 9:12:02 AM |

Mr. McCole:

We consent on behalf of Fund I and Fund II to file the First Amended Complaint.

Thank you.

**Sameer S. Karim**

Munsch Hardt Kopf & Harr, P.C.
700 Milam Street, Suite 2700 / Houston, Texas 77002-2806

Direct: +1.713.222.4050 / skarim@munsch.com / munsch.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

---

**From:** McCole, Timothy S. [mailto:McColeT@SEC.GOV]
**Sent:** Thursday, November 16, 2017 1:58 PM
**To:** Karim, Sameer
**Cc:** Harr, Steve; Fraser, B. David
**Subject:** SEC v. Bjork et al. Amended Complaint

Sameer--

As I mentioned in our discussion yesterday, the SEC requests the written consent of Defendants Select Asset Fund I, LLC ("Fund I") and Select Asset Prime Index Fund, LLC ("Fund II") to the SEC's filing a First Amended Complaint in the form attached. Recall, the amendment is necessary to make clear that the SEC is not seeking civil money penalties against Fund I and Fund II.

I have also attached a copy of the notice I intend file to inform the court of the reason for the amendment.

Unless you would like to discuss the matter further, please reply to this email, consenting on behalf of Fund I and Fund II to the SEC's filing the amended complaint. I will attach the email as Exhibit B to the notice.

Thank you.

**Timothy S. McCole, Trial Counsel**
**Securities and Exchange Commission**
**Fort Worth Regional Office**

**817.978.6453**