United States District Court
Southern District of Texas
**ENTERED**
December 10, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § PLAINTIFF, § § vs. § § BRIAN A. BJORK, THE ESTATE OF JOEL § DAVID SALINAS, J. DAVID GROUP OF § COMPANIES, INC., J. DAVID FINANCIAL § GROUP LP, SELECT ASSET § MANAGEMENT LLC, SELECT ASSET § CAPITAL MANAGEMENT LLC, SELECT § ASSET FUND I, LLC, AND SELECT ASSET § PRIME INDEX FUND, LLC. § § DEFENDANTS. § | CIVIL ACTION NO. 4:11 CV – 02830 |

## FINAL ORDER

On this day, the Court reviewed and considered the Receiver's Final Fee Application and Request for Discharge and Termination of the Receivership Estate (the "*Motion*"). After careful consideration of the Motion, the Court hereby GRANTS the Motion in its entirety and authorized all relief and requests included therein. It is, therefore:

**ORDERED**, the Receiver is hereby authorized to issue payment to Munsch Hardt Kopf & Harr, P.C. ("*Munsch Hardt*") for all outstanding professional fees and expenses due through October 15, 2019. It is, further:

**ORDERED**, the Receiver is hereby authorized to issue payment to BDO USA, LLP ("*BDO*") for all outstanding professional fees and expenses due through October 15, 2019. It is, further:

**ORDERED,** the Receiver is authorized to release and pre-pay the remaining cash of the Receivership estate (approximately $16,319.94) to Munsch Hardt to pay for fees and costs already

incurred after October 15, 2019 and to generally fund and support post-receivership activities for twelve (12) months after the entry of this Final Order. In the event funds remain at the end of such period, the Receiver must donate all remaining funds to the MD Anderson Cancer Center. It is, further:

**ORDERED,** the Receiver shall hereby be fully and completely discharged of all duties, tasks and obligations previously charged to the Receiver as detailed in the Order Appointing Receiver entered by this Court on August 1, 2011. [Dkt. No. 11]. It is, further:

**ORDERED,** that the administration of the Receivership estate is as of the date of this Final Order complete and the Receivership estate, as a result, shall hereby be terminated in its entirety. It is, further:

**ORDERED,** the Receiver, along with his professional teams, Munsch Hardt and BDO, shall be immune from suit or action relating to or arising from the management and administration of the receivership estate except for acts or omissions involving or arising out of gross negligence, willful misconduct, or a violation of applicable disciplinary or ethical rules. It is, further:

**ORDERED,** prior to any party issuing discovery directed toward the Receiver, Munsch Hardt, or BDO arising from or relating to the administration of the Receivership estate, such party must first obtain leave from the Court prior to issuing such discovery. If such leave is not requested, the Receiver, Munsch Hardt, or BDO, as applicable, shall have no duty of any kind to respond.

IT IS SO ORDERED AS OF December 5th, 2019.

_____
HONORABLE KEITH ELLISON